UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

XU LUN, a pseudonym,

    Plaintiff,

v.   Case No.: 24-cv-803

MILWAUKEE ELECTRIC TOOL
CORPORATION and TECHTRONIC
INDUSTRIES COMPANY LIMITED,

    Defendants.

## CIVIL LOCAL RULE 7.1 DISCLOSURE STATEMENT

The undersigned, counsel of record for Plaintiff Xu Lun, furnishes the following list in compliance with Civil Local Rule 7.1 and Federal Rule of Civil Procedure 7.1:

1. The Plaintiff's full name is Xu Lun (a pseudonym).

2. Not applicable.

3. The Plaintiff is represented by William E. Parsons and Aaron J. Bibb of Hawks Quindel, S.C. and by Times Wang (*pro hac vice* forthcoming) and Adam Farra (*pro hac vice* forthcoming) of Farra & Wang PLLC in this matter.

Dated: June 27, 2024.

                      HAWKS QUINDEL, S.C.

                      By: */s/ Aaron J. Bibb*
                      William E. Parsons, State Bar No. 1048594
                      Email: wparsons@hq-law.com
                      Aaron J. Bibb, State Bar No. 1104662

Email: abibb@hq-law.com
409 East Main Street
P.O. Box 2155
Madison, Wisconsin 53701-2155
Telephone: (608) 257-0040
Facsimile: (608) 256-0236

**FARRA & WANG PLLC**

Times Wang (*pro hac vice* forthcoming)
Email: twang@farrawang.com
Adam Farra (*pro hac vice* forthcoming)
Email: afarra@farrawang.com
1300 I Street NW, Suite 400E
Washington, D.C. 20005
Telephone: (202) 505-6227