# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| Xu Lun, a pseudonym | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 24-cv-00803-NJ |
| Milwaukee Tool et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court.  I appear in this case as retained counsel for:

Plaintiff                                                                                                                       .

Date:   07/31/2024

*Attorney's signature*

Times Wang (281077)
*Printed name and bar number*

Farra & Wang PLLC
1300 I Street NW, Suite 400E
Washington, DC 20005

*Address*

twang@farrawang.com
*E-mail address*

(202) 505-6227
*Telephone number*

*FAX number*