# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| XU LUN, a pseudonym ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:24-cv-803 |
| Milwaukee Electric Tool Corporation, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court.  I appear in this case as retained counsel for:

Milwaukee Electric Tool Corporation .

Date:  08/15/2024

/s/ Paul J. Stockhausen
*Attorney's signature*

Paul J. Stockhausen, State Bar No. 1034225
*Printed name and bar number*

Reinhart Boerner Van Deuren s.c.
22 East Mifflin Street, Suite 700
Madison, WI 53703

*Address*

pstockhausen@reinhartlaw.com
*E-mail address*

(608) 229-2200
*Telephone number*

(608) 229-2100
*FAX number*