**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION**

| | | |
|---|---|---|
| XU LUN, a pseudonym, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Case No. 2:24-cv-00803 |
| MILWAUKEE ELECTRIC TOOL | § | |
| CORPORATION, and | § | |
| TECHTRONIC INDUSTRIES | § | |
| COMPANY LIMITED, | § | |
| | § | |
| Defendants. | | |

**CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT MILWAUKEE ELECTRIC TOOL CORPORATION**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil L.R. 7.1 of the Local Rules of the United States District Court for the Eastern District of Wisconsin, Defendant Milwaukee Electric Tool Corporation ("Milwaukee Tool"), by and through its undersigned counsel, hereby discloses as follows: the parent corporation of Milwaukee Tool is Esstar Industries, Inc. The ultimate parent of Milwaukee Tool is Techtronic Industries Company, Limited, which is publicly traded on the Hong Kong Stock Exchange.

Dated: August 15, 2024

/s/ Paul J. Stockhausen
Paul J. Stockhausen
pstockhausen@reinhartlaw.com
REINHART BOERNER VAN DEUREN, S.C.
22 East Mifflin Street, Suite 700
Madison, WI 53703
Telephone: (608) 229-2200
Fax: (608) 229-2100

Ellen E. Dew (*admission pending*)
ellen.dew@us.dlapiper.com
Wes Reichart (*admission pending*)
wes.reichart@us.dlapiper.com

52318704

Steven R. Phillips (*admission pending*)
steven.phillips@us.dlapiper.com
DLA PIPER LLP (US)
650 S. Exeter St., Suite 1100
Baltimore, MD 21202
Telephone: (410) 580-3000
Fax: (410) 580-3001

***Attorneys for Defendant Milwaukee Electric Tool Corporation***