UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

XU LUN, a pseudonym,

Plaintiff,

v.

Case No. 24-cv-803

MILWAUKEE ELECTRIC TOOL
CORPORATION, and
TECHTRONIC INDUSTRIES
COMPANY LIMITED,

Defendants.

## ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND BRIEFING SCHEDULE

UPON CONSIDERATION of the Parties' Joint Stipulation to Extension of Time for Defendants to Respond to Complaint and for Briefing Schedule, together with other relevant materials on file, it is hereby:

ORDERED that, there being good cause for the requested extension and briefing schedule, the following deadlines are set as follows:

- Defendants time to file a response to Plaintiff's Complaint shall be extended up to and including September 13, 2024.
- Plaintiff shall file and serve its Opposition(s) to any Motions to Dismiss filed by Defendants on or before October 14, 2024.
- Defendants shall file and serve their Reply Briefs on or before November 4, 2024.

SO ORDERED.

Dated: August 19, 2024

NANCY JOSEPH
United States Magistrate Judge