# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| Xu Lun, a pseudonym )<br>*Plaintiff* )<br>v. )<br>Milwaukee Electric Tool Corporation et al., )<br>*Defendant* ) | Case No. 24-cv-803-NJ |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court. I appear in this case as retained counsel for:

Defendant Techtronic Industries Co. Ltd.

Date: 09/13/2024

s/ Jason C. White
*Attorney's signature*

Jason C. White, State Bar No. 6238352
*Printed name and bar number*
Morgan, Lewis & Bockius LLP
110 North Wacker Drive
Chicago, IL 60606-1511
*Address*

jason.white@morganlewis.com
*E-mail address*

(312) 324-1775
*Telephone number*

(312) 324-1001
*FAX number*