UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Xu Lun, a pseudonym, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 24-cv-803-NJ |
| Milwaukee Electric Tool Corporation et al., | ) |
| Defendant. | ) |

### CORPORATE DISCLOSURE STATEMENT
### OF DEFENDANT TECHTRONIC INDUSTRIES CO. LTD.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil L.R. 7.1 of the Local Rules of the United States District Court for the Eastern District of Wisconsin, Defendant Techtronic Industries Co. Ltd. ("TTI"), by and through its attorneys, hereby discloses as followings:

1. TTI is a foreign corporation organized under the laws of Hong Kong and has its principal place of business in Hong Kong. TTI has no parent corporation and is a publicly traded company on the Hong Kong Stock Exchange.

2. Morgan, Lewis & Bockius LLP is the law firm expected to appear for TTI in this matter. Through filing this statement, TTI reserves all rights to object to jurisdiction in this Court, as further set forth in its Motion to Dismiss.

[signature on following page]

Dated: September 13, 2024

**MORGAN, LEWIS & BOCKIUS LLP**

By: */s/ Jason C. White*

Jason C. White
110 North Wacker Drive
Chicago, IL 60606
Telephone: +1.312.324.1775
Facsimile: +1.312.324.1001
jason.white@morganlewis.com

Zane David Memeger (*application for admission forthcoming*)
2222 Market St.
Philadelphia, PA 19103
Telephone: +1.215.963.5750
Facsimile: +1.215.963.5001
zane.memeger@morganlewis.com

Angelo J. Calfo (*application for admission forthcoming*)
Andrew DeCarlow (*application for admission forthcoming*)
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Telephone: +1.206.274.6400
Facsimile: +1.206.274.6401
angelo.calfo@morganlewis.com
andrew.decarlow@morganlewis.com

*Attorneys for Defendant Techtronic Industries Co. Ltd.*