IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| XU LUN, a pseudonym, | § |
| Plaintiff, | § |
| v. | § Case No. 2:24-cv-00803-BHL |
| MILWAUKEE ELECTRIC TOOL CORPORATION, and TECHTRONIC INDUSTRIES COMPANY LIMITED, | § |
| Defendants. | § |

**DEFENDANT MILWAUKEE ELECTRIC TOOL CORPORATION'S
<u>MOTION TO DISMISS</u>**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Milwaukee Electric Tool Corporation ("Milwaukee Tool") respectfully moves this Court to dismiss the Complaint (ECF No. 1) filed by Plaintiff, proceeding pseudonymously as Xu Lun, for failure to state a claim. In support of this Motion, Milwaukee Tool incorporates by reference and relies upon the arguments and authorities set forth in its concurrently filed Memorandum of Law in Support of its Motion to Dismiss.

WHEREFORE, Milwaukee Tool respectfully requests that the Court grant this Motion, dismiss the Complaint with prejudice, and grant such other and further relief as this Court deems just and necessary.

Dated: September 13, 2024

*/s/ Paul J. Stockhausen*
Paul J. Stockhausen
pstockhausen@reinhartlaw.com
REINHART BOERNER VAN DEUREN, S.C.
22 East Mifflin Street, Suite 700
Madison, WI 53703
Tel.: 608-229-2200
Fax: 608-229-2100

Ellen E. Dew (*application for admission forthcoming*)
William W. Reichart III (Bar No. 1812120078)
ellen.dew@us.dlapiper.com
wes.reichart@us.dlapiper.com
DLA Piper LLP (US)
650 S. Exeter Street, Suite 1100
Baltimore, MD 21202
Tel.: 410-580-3000
Fax.: 410-580-3001

*Attorneys for Defendant Milwaukee Electric Tool Corporation*

## CERTIFICATE OF SERVICE

       The undersigned certifies that on September 13, 2024, the foregoing Milwaukee Tool's Motion to Dismiss was electronically filed with the Clerk of Court using the CM/ECF system and thereby served on the following counsel of record:

Aaron Bibb
William E. Parsons
Hawks Quindel SC
409 E. Main Street
P.O. Box. 2155
Madison, Wisconsin 53701
abibb@hq-law.com
wparsons@hq-law.com

Adam Farra
Times Wang
Farra & Wang PLLC
1300 I Street, N.W.
Suite 400e
Washington, D.C. 20005
afarra@farrawang.com
twang@farrawang.com

*Counsel for Plaintiff*

Jason C. White
Morgan Lewis & Bockius LLP
110 N. Wacker Dr.
Chicago, Illinois 60606
jason.white@morganlewis.com

*Counsel for Defendant Techtronic Industries Company Limited*

                                            */s/ Paul J. Stockhausen*
                                            Paul J. Stockhausen