# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | | |
|---|---|---|
| Xu Lun, a pseudonym | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:24-cv-00803-BHL |
| Milwaukee Electric Tool Corporation et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court.  I appear in this case as retained counsel for:

Defendant Techtronic Industries  Co. Ltd.                                                                                    .

Date:        09/26/2024

/s/ Andrew DeCarlow
*Attorney's signature*

Andrew DeCarlow, State Bar No. 54471
*Printed name and bar number*
Morgan, Lewis & Bockius LLP
1301 Second Avenue, Suite 3000
Seattle, WA 98101

*Address*

andrew.decarlow@morganlewis.com
*E-mail address*

(206) 274-0154
*Telephone number*

(206) 274-6401
*FAX number*