# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| Xu Lun, a pseudonym ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:24-cv-00803-BHL |
| Milwaukee Electric Tool Corporation et al., ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court.  I appear in this case as retained counsel for:

Defendant Techtronic Industries Co. Ltd.                                                                                      .

Date:    09/26/2024                                             /s/ Zane David Memeger
                                                                            *Attorney's signature*

                                                        Zane David Memeger, State Bar No. 62728
                                                                     *Printed name and bar number*
                                                                  Morgan, Lewis & Bockius LLP
                                                                        2222 Market Street
                                                                  Philadelphia, PA 19103-3007

                                                                             *Address*

                                                           zane.memeger@morganlewis.com
                                                                         *E-mail address*

                                                                       (215) 963-5750
                                                                      *Telephone number*

                                                                       (215) 963-5001
                                                                         *FAX number*