IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

XU LUN, a pseudonym,

Plaintiff,

v.

MILWAUKEE ELECTRIC TOOL CORPORATION, and TECHTRONIC INDUSTRIES COMPANY LIMITED,

Defendants.

Case No. 2:24-cv-00803-BHL

**JOINT STIPULATION REGARDING AMENDMENT OF COMPLAINT AND BRIEFING SCHEDULE**

Considering that Plaintiff Xu Lun has the right to amend the complaint under Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure in response to the September 13, 2024 motions to dismiss filed by Defendants Milwaukee Electric Tool Corporation and Techtronic Industries Company Limited, the parties, by and through their respective attorneys of record, stipulate and agree as follows:

1. Plaintiff will file the amended complaint on or before October 14, 2024.

2. Defendants will answer, move, or otherwise respond to the amended complaint on or before November 13, 2024.

3. Plaintiff will file oppositions to any motions to dismiss on or before December 13, 2024.

4. Defendants will file replies in support of any motions to dismiss on or before January 10, 2025.

5.  This schedule is sought for good cause, including to set an orderly and agreed upon briefing schedule given Plaintiff's intent to amend the complaint as of right under Rule 15(a)(1)(B).

6.  The Parties respectfully request that the Court enter the attached proposed order setting the requested deadlines.

Dated: September 30, 2024

| | |
|---|---|
| */s/ Times Wang* | */s/ Paul J. Stockhausen* |
| William E. Parsons | Paul J. Stockhausen |
| wparsons@hq-law.com | pstockhausen@reinhartlaw.com |
| HAWKS QUINDEL, S.C. | REINHART BOERNER VAN DEUREN, S.C. |
| 409 East Main Street | 22 East Mifflin Street, Suite 700 |
| P.O. Box 2155 | Madison, WI 53703 |
| Madison, Wisconsin 53701-2155 | Telephone: (608) 229-2200 |
| Telephone: (608) 257-0040 | Fax: (608) 229-2100 |
| Fax: (608) 256-0236 | |
| | Ellen E. Dew |
| Times Wang | ellen.dew@us.dlapiper.com |
| twang@farrawang.com | William W. Reichart III (*admission pending*) |
| Adam Farra | wes.reichart@us.dlapiper.com |
| afarra@farrawang.com | DLA PIPER LLP (US) |
| FARRA & WANG PLLC | 650 S. Exeter St., Suite 1100 |
| 1300 I Street NW, Suite 400E | Baltimore, MD 21202 |
| Washington, D.C. 20005 | Telephone: (410) 580-3000 |
| Telephone: (202) 505-6227 | Fax: (410) 580-3001 |
| **Attorneys for Plaintiff Xu Lun** | **Attorneys for Defendant Milwaukee Electric Tool Corporation** |

*/s/ Jason C. White*
Jason C. White
110 North Wacker Drive
Chicago, IL 60606
Telephone: +1.312.324.1775
Facsimile: +1.312.324.1001
jason.white@morganlewis.com

Zane David Memeger
2222 Market St.
Philadelphia, PA 19103
Telephone: +1.215.963.5750
Facsimile: +1.215.963.5001
zane.memeger@morganlewis.com

Angelo J. Calfo (*application for admission forthcoming*)
Andrew DeCarlow
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Telephone: +1.206.274.6400
Facsimile: +1.206.274.6401
angelo.calfo@morganlewis.com
andrew.decarlow@morganlewis.com


***Attorneys for Defendant Techtronic Industries Company Limited***