AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

|  |  )  |  |
|---|---|---|
| _____ |  )  |  |
| *Plaintiff* |  )  |  |
| v. |  )  | Case No. |
| _____ |  )  |  |
| *Defendant* |  )  |  |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court.  I appear in this case counsel for:

_____ .

Date: _____                                         _____
                                                                                                    *Attorney's signature*

                                                                                 _____
                                                                                                *Printed name and bar number*

                                                                                 _____
                                                                                                             *Address*

                                                                                 _____
                                                                                                        *E-mail address*

                                                                                 _____
                                                                                                     *Telephone number*

                                                                                 _____
                                                                                                        *FAX number*