# JILL TUCKER
## jillthawaii@gmail.com

**PROFESSIONAL EXPERIENCE**

**CONSULTANT**
**Jan 2023 – Present**
Independent consultant on labor and human rights issues.

**LAUDES FOUNDATION**
*Head of Labour Rights Programme, Hong Kong and Amsterdam*
**Jan 2015 – December 2022**
Managed 12 staff members in Asia and Latin America on grant making to improve labor rights in global supply chains. Responsible for grant budget of Euro 21 million/year.

**UNITED NATIONS, INTERNATIONAL LABOUR ORGANIZATION (ILO), BETTER FACTORIES CAMBODIA PROJECT**
*Chief Technical Advisor, Cambodia*
**Oct 2011 – Dec 2014**
Managed 35 staff members in United Nations project tasked with monitoring working conditions in all exporting garment factories in Cambodia.

**THE LEMELSON FOUNDATION**
*Senior Program Officer, Portland, Oregon*
**Jan 2006 – Oct 2011**
Managed $8 million annually in grants and investments to nonprofits and social enterprises in the United States and Asia. Supervised staff in India and Indonesia.

**REEBOK INTERNATIONAL, LTD.**
*Director, Asia Human Rights Programs, Indonesia and Hong Kong*
**Sept 1997 – Dec 2005**
Recruited and directed staff in nine countries. Created standards and monitoring procedures for footwear, apparel and equipment auditing.

**THE ASIA FOUNDATION**
*Assistant Representative, Indonesia and East Timor,* **1994 – 1997**
*Assistant Representative, Bangladesh and Nepal,* **1989 – 1992**
*Program Officer, California,* **1988 – 1989**
*Education & Training Advisor, California,* **1987 – 1988**
Responsible for program and fiscal management of grant making programs and educational programs of US government-sponsored Asian students.

**SRI INTERNATIONAL**
*Indonesian Language Consultant*
**1983 – 1986**

Indonesian language and culture instructor for SRI Airborne Topographic Mapping team, and trainer for visiting Indonesian scientists.

**NATIONAL INSTITUTE OF BIOLOGY,**
**Indonesia** *English Language Instructor* **1980 – 1981**
Taught English to Indonesian researchers and technicians

## EDUCATION

**Master of Education**, Center for International Education, University of Massachusetts, Amherst, MA

**Bachelor of Arts**, American Studies, Stanford University, Stanford, CA

**Fulbright Scholarship,** Gadjah Mada University, Yogyakarta, Indonesia

**Advanced Indonesian Language Program,** Cornell University program at Satya Wacana University, Indonesia

## BOARDS & GOVERNANCE

**Member, Advisory Board,** Cornell University Global Labor Institute, 2023 – present
**Member, Board of Directors** (Board Secretary), China Labor Watch, 2023 - present
**Member, Advisory Board,** Cornell University New Conversations Project, 2015 - 2018
**Member, Board of Directors,** Transparentem, 2016-2018
**Member, Board of Management,** American-Indonesian Exchange Foundation 1998 – 1999
**Member, Board of Directors,** International Labor Rights Forum, 2007 – 2011
**Member, Education Committee,** Oregon Museum of Science and Industry, 2011

- We Support Unions and It's Transformative
- Cambodia's Dangerous Transparency Problem
- Rising Tide of Accountability on the Horizon for Garment Industry
- C&A wants fashion to be a force for good
- Transparency, Accountability and Better Working Conditions

JILL TUCKER  2