UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Xu Lun, a pseudonym,<br><br>    Plaintiff,<br><br>v.<br><br>Milwaukee Electric Tool Corporation et al.,<br><br>    Defendant. | Civil Action No. 2:24-cv-00803-BHL |

## DEFENDANT TECHTRONIC INDUSTRIES CO. LTD.'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT PURSUANT TO RULE 12(b)(2) AND 12(b)(6)

Defendant Techtronic Industries Co. Ltd. ("TTI"), by and through its attorneys, respectfully moves the Court for an Order dismissing pseudonymous Plaintiff Xu Lun's First Amended Complaint ("FAC"), Dkt. # 28, pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure. As set forth in the accompanying memorandum of law and declarations in support of the motion filed contemporaneously herewith, this Court lacks both general and specific personal jurisdiction over TTI, and TTI should accordingly be dismissed from this action under Rule 12(b)(2). In addition, Plaintiff cannot state a plausible claim for relief under his sole cause of action for violation of the Trafficking Victims Protection Reauthorization Act ("TVPRA"), 18 U.S.C §§ 1589 and 1595(a). Among other reasons, Plaintiff's claim fails because the civil remedy provision of the TVPRA, 18 U.S.C. § 1595(a), does not apply to the extra-territorial conduct alleged here, and the TVPRA's jurisdictional provision, 18 U.S.C § 1596, does not apply to a foreign entity such as TTI that is not present in the United States. Because these pleading defects cannot be cured, dismissal with prejudice under Rule 12(b)(6) is also warranted.

Dated: November 13, 2024          **MORGAN, LEWIS & BOCKIUS LLP**

By: */s/ Jason C. White*

    Jason C. White
    110 North Wacker Drive
    Chicago, IL 60606
    Telephone: +1.312.324.1775
    Facsimile: +1.312.324.1001
    jason.white@morganlewis.com

    Zane David Memeger
    2222 Market St.
    Philadelphia, PA 19103
    Telephone: +1.215.963.5750
    Facsimile: +1.215.963.5001
    zane.memeger@morganlewis.com

    Angelo J. Calfo
    Andrew DeCarlow
    1301 Second Avenue, Suite 3000
    Seattle, WA 98101
    Telephone: +1.206.274.6400
    Facsimile: +1.206.274.6401
    angelo.calfo@morganlewis.com
    andrew.decarlow@morganlewis.com

    *Attorneys for Defendant Techtronic Industries Co. Ltd.*

2

Case 2:24-cv-00803-BHL     Filed 11/13/24     Page 2 of 2     Document 31