UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

XU LUN, a pseudonym,

    Plaintiff,

v.                          Case No.: 24-cv-803

MILWAUKEE ELECTRIC TOOL
CORPORATION and TECHTRONIC
INDUSTRIES COMPANY LIMITED,

    Defendants.

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Aaron J. Bibb hereby withdraws as attorney for Plaintiff Xu Lun, a pseudonym.

Dated: November 22, 2024.

HAWKS QUINDEL, S.C.

By: */s/ Aaron J. Bibb*
William E. Parsons, State Bar No. 1048594
Email: wparsons@hq-law.com
Aaron J. Bibb, State Bar No. 1104662
Email: abibb@hq-law.com
409 East Main Street
P.O. Box 2155
Madison, Wisconsin 53701-2155
Telephone: (608) 257-0040
Facsimile: (608) 256-0236