IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| XU LUN, a pseudonym,<br><br>                Plaintiff,<br><br>    v.<br><br>MILWAUKEE ELECTRIC TOOL<br>CORPORATION., et al.,<br><br>                Defendants. | Case No. 2:24-cv-00803-BHL |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO FILE A SINGLE CONSOLIDATED BRIEF**

    Plaintiff Xu Lun respectfully moves for leave to file a single, consolidated response to the two defendants' motions to dismiss. Counsel for the plaintiff has contacted counsel for the defendants, who do not oppose this request.

    On November 13, 2024, the two defendants in this case each filed a separate motion to dismiss, each of which was accompanied by a memorandum of 30 pages. Dkt. Nos. 30, 32. Some of the arguments in the motions factually and legally overlap. Mr. Lun therefore respectfully requests that he be permitted to file a single, consolidated response to both motions of no more than 50 pages. This would be 10 pages shorter than if he were to file a response to each motion, which could be up to 30 pages under Civil Local Rule 7(f).

Dated: December 2, 2024	Respectfully submitted,

**HAWKS QUINDEL, S.C.**

William E. Parsons, State Bar No. 1048594
Email: wparsons@hq-law.com
409 East Main Street
P.O. Box 2155
Madison, Wisconsin 53701-2155
Telephone: (608) 257-0040
Facsimile: (608) 256-0236

**FARRA & WANG PLLC**

*// s // Times Wang*
Times Wang
Email: twang@farrawang.com
Adam Farra (application for admission forthcoming)
Email: afarra@farrawang.com
1300 I Street NW, Suite 400E
Washington, D.C. 20005
Telephone: (202) 505-6227

*Counsel for Plaintiff*