IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| XU LUN, a pseudonym,<br><br>        Plaintiff,<br><br>v.<br><br>MILWAUKEE ELECTRIC TOOL CORPORATION., et al.,<br><br>        Defendants. | Case No. 2:24-cv-00803-BHL |

**JOINT MOTION FOR EXTENSION**

The parties respectfully move for a short extension of the briefing deadlines for defendants' motions to dismiss, as follows. Plaintiff Xu Lun's deadline to oppose defendants' motion is currently Friday, December 13, 2024, and the parties request that it be extended by three days to Monday, December 16, 2024, to accommodate an illness on plaintiff's legal team. Defendants' reply deadlines are currently Friday, January 10, 2025, and the parties request a concomitant extension of that deadline to Monday, January 13, 2025.

Dated: December 10, 2024

Respectfully submitted,

| | |
|---|---|
| */s/ Times Wang* | */s/ Paul J. Stockhausen* |
| William E. Parsons | Paul J. Stockhausen |
| wparsons@hq-law.com | pstockhausen@reinhartlaw.com |
| HAWKS QUINDEL, S.C. | REINHART BOERNER VAN DEUREN, S.C. |
| 409 East Main Street | 22 East Mifflin Street, Suite 700 |
| P.O. Box 2155 | Madison, WI 53703 |
| Madison, Wisconsin 53701-2155 | Telephone: (608) 229-2200 |
| Telephone: (608) 257-0040 | Fax: (608) 229-2100 |
| Fax: (608) 256-0236 | |
| | |
| Times Wang | Ellen E. Dew |
| twang@farrawang.com | ellen.dew@us.dlapiper.com |
| Adam Farra | William W. Reichart III (*admission pending*) |

afarra@farrawang.com
FARRA & WANG PLLC
1300 I Street NW, Suite 400E
Washington, D.C. 20005
Telephone: (202) 505-6227

***Attorneys for Plaintiff Xu Lun***

wes.reichart@us.dlapiper.com
DLA PIPER LLP (US)
650 S. Exeter St., Suite 1100
Baltimore, MD 21202
Telephone: (410) 580-3000
Fax: (410) 580-3001

***Attorneys for Defendant Milwaukee Electric Tool Corporation***

*/s/ Jason C. White*
Jason C. White
110 North Wacker Drive
Chicago, IL 60606
Telephone: +1.312.324.1775
Facsimile: +1.312.324.1001
jason.white@morganlewis.com

Zane David Memeger
2222 Market St.
Philadelphia, PA 19103
Telephone: +1.215.963.5750
Facsimile: +1.215.963.5001
zane.memeger@morganlewis.com

Andrew DeCarlow
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Telephone: +1.206.274.6400
Facsimile: +1.206.274.6401
andrew.decarlow@morganlewis.com

***Attorneys for Defendant Techtronic Industries Company Limited***