IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| XU LUN, a pseudonym,<br><br>            Plaintiff,<br><br>   v.<br><br>MILWAUKEE ELECTRIC TOOL CORPORATION., et al.,<br><br>            Defendants. | Case No. 2:24-cv-00803-BHL |

**PROPOSED ORDER GRANTING JOINT MOTION FOR EXTENSION**

THIS MATTER having been brought to the Court on the joint application of the parties for an extension of the briefing schedule for defendants' motions to dismiss:

IT IS on this ____ day of _____, 2024:

ORDERED that the parties' application is GRANTED; that plaintiff's opposition to defendants' motions to dismiss is due Monday, December 16, 2024; and the defendants' replies in support of their motions are due Monday, January 13, 2025.

IT IS SO ORDERED.

                                                                                                          _____

                                                                                                          Hon. Brett H. Ludwig<br>
                                                                                                          United States District Judge