UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Xu Lun, a pseudonym, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 2:24-cv-00803-BHL |
| Milwaukee Electric Tool Corporation et al., | ) ) ) |
| Defendant. | ) ) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that Angelo Calfo hereby withdraws as attorney for Defendant Techtronic Industries Co. Ltd.

Dated: December 11, 2024　　　　　　**MORGAN, LEWIS & BOCKIUS LLP**

　　　　　　　　　　　　　　　　　　By: */s/ Angelo J. Calfo*
　　　　　　　　　　　　　　　　　　　　Angelo J. Calfo
　　　　　　　　　　　　　　　　　　　　1301 Second Avenue, Suite 3000
　　　　　　　　　　　　　　　　　　　　Seattle, WA 98101
　　　　　　　　　　　　　　　　　　　　Telephone: +1.206.274.6400
　　　　　　　　　　　　　　　　　　　　Facsimile: +1.206.274.6401
　　　　　　　　　　　　　　　　　　　　angelo.calfo@morganlewis.com