# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| Xu Lun, a pseudonym | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 24-cv-00803-NJ |
| Milwaukee Tool et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court. I appear in this case as retained counsel for:

Plaintiff .

Date: 12/12/2024

*Attorney's signature*

Thomas Scott-Railton (5687330)
*Printed name and bar number*

2001 K Street NW, Suite 850 North
Washington, DC 20006
*Address*

thomas@guptawessler.com
*E-mail address*

(202) 888-1741
*Telephone number*

(202) 888-7792
*FAX number*