## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| XU LUN, a pseudonym,<br><br>               Plaintiff,<br><br>      v.<br><br>MILWAUKEE ELECTRIC TOOL<br>CORPORATION., et al.,<br><br>               Defendants. | Case No.  2:24-cv-00803-BHL |

### PLAINTIFF'S CONDITIONAL MOTION FOR LEAVE TO CONDUCT JURISDICTIONAL DISCOVERY

Under Rule 7(b), plaintiff Xu Lun respectfully requests that, if this Court concludes that the record is insufficient to determine whether it has personal jurisdiction over defendant TTI, this Court grant leave to conduct jurisdictional discovery. Mr. Xu's opposition to TTI's motion to dismiss explained in detail why this Court has personal jurisdiction over TTI, supported by an extensive documentary record. Dkt. 41 at 37–46; Dkts. 41-1–41-31. If this Court agrees, no jurisdictional discovery is necessary, and the Court should simply deny TTI's motion to dismiss for lack of jurisdiction. But if this Court were to conclude that the record is currently insufficient to determine whether it has personal jurisdiction, then, in the alternative, Mr. Xu has certainly met the "minimal burden" of "establish[ing] a colorable" showing sufficient to warrant "jurisdictional discovery." *B.D. ex rel. Myer v. Samsung SDI Co.*, 91 F.4th 856, 864 (7th Cir. 2024). Mr. Xu requested and set forth the reasons justifying jurisdictional discovery in his memorandum of law in opposition to the defendants' motion to dismiss. Dkt. 41 at 47–48. But out of an abundance of caution, Mr. Xu also files this formal conditional motion for leave to conduct jurisdictional discovery.

Pursuant to Civil Local Rule 7(a)(1), Mr. Xu is also filing a memorandum of law in support of this conditional motion that briefly summarizes the basis for jurisdictional discovery and the jurisdictional discovery he would seek to conduct in the event this Court determines it is necessary to ascertain its jurisdiction over TTI.

Dated: December 23, 2024

Respectfully submitted,

**GUPTA WESSLER LLP**
*/s/ Jennifer Bennett*
Jennifer Bennett
Attorney Bar Number: 296726
Attorney for Plaintiff
Email: jennifer@guptawessler.com
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Telephone: (202) 888-1741
Facsimile: (202) 888-7792

Thomas Scott-Railton
Attorney Bar Number: 5687330
Attorney for Plaintiff
Email: thomas@guptawessler.com
2001 K Street NW, Suite 850 North
Washington, DC 20001
Telephone: (202) 888-1741
Facsimile: (202) 888-7792

**HAWKS QUINDEL, S.C.**

William E. Parsons
Attorney Bar Number: 1048594
Attorney for Plaintiff
Email: wparsons@hq-law.com
409 East Main Street
P.O. Box 2155
Madison, Wisconsin 53701-2155
Telephone: (608) 257-0040
Facsimile: (608) 256-0236

**FARRA & WANG PLLC**

Times Wang
Attorney Bar Number: 281077
Attorney for Plaintiff

Email: twang@farrawang.com
Adam Farra (application for admission forthcoming)
Attorney for Plaintiff
Email: afarra@farrawang.com
1300 I Street NW, Suite 400E
Washington, D.C. 20005
Telephone: (202) 505-6227

*Counsel for Plaintiff*