IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Xu Lun, a pseudonym,<br><br>  Plaintiff,<br><br>v.<br><br>Milwaukee Electric Tool Corporation, et al.,<br><br>  Defendant. | Civil Action No. 2:24-cv-00803-BHL |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Zane D. Memeger hereby withdraws as attorney for Defendant Techtronic Industries Co. Ltd.

Dated: May 27, 2025        MORGAN, LEWIS & BOCKIUS LLP

                  By: /s/ Zane D. Memeger
                     Zane D. Memeger
                     2222 Market Street
                     Philadelphia, PA 19103-3007
                     Telephone: +1.215.963.5000
                     Facsimile: +1.215.963.5001
                     Zane.memeger@morganlewis.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 27, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel or parties of record.

/s/ Zane D. Memeger
Zane D. Memeger