UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

XU LUN,

      Plaintiff,

**JUDGMENT IN A CIVIL CASE**

      v.

Case No. 24-cv-0803-bhl

MILWAUKEE ELECTRIC TOOL CORPORATION
and TECHTRONIC INDUSTRIES COMPANY LIMITED,

      Defendants.

---

☐    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict

☒    **Decision by Court.**  This action came before the Court for consideration.  The Court has decided the issues and rendered a decision.

    **IT IS HEREBY ORDERED AND ADJUDGED** that the Techtronic Industries Company Limited's Motion to Dismiss, ECF No. 31, is granted and Xu Lun's claims against Techtronic Industries are dismissed without prejudice for lack of personal jurisdiction; Milwaukee Tool's Motion to Dismiss, ECF No. 29, is granted and Xu Lun's claims against Milwaukee Tool are dismissed with prejudice for failure to state a claim; Xu Lun's Motion to Conduct Jurisdictional Discovery, ECF No. 42, is denied.

    Dated at Milwaukee, Wisconsin on December 1, 2025.

LINDA M. KLEMM
Clerk of Court

s/ *Julie D.*
   (By) Deputy Clerk