IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| XU LUN, a pseudonym,<br><br>                Plaintiff,<br><br>   v.<br><br>MILWAUKEE ELECTRIC TOOL CORPORATION., et al.,<br><br>                Defendants. | Case No. 2:24-cv-00803-BHL |

## NOTICE OF APPEAL

Plaintiff Xu Lun appeals to the United States Court of Appeals for the Seventh Circuit from the order granting Defendants Milwaukee Electric Tool Corporation and Techtronic Industries Company Limited's motions to dismiss; the order denying Plaintiff's motion for jurisdictional discovery; and the final judgment in this action, all entered on December 1, 2025.

Dated: December 30, 2025        Respectfully submitted,

                                              **FARRA & WANG PLLC**
                                              */s/ Times Wang*
                                              Times Wang
                                              1543 Champa Street, Suite 400
                                              Denver, CO 80202
                                              twang@farrawang.com
                                              (202) 505-6227

                                              Adam Farra
                                              afarra@farrawang.com
                                              1300 I Street NW, Suite 400E
                                              Washington, D.C. 20005
                                              afarra@farrawang.com
                                              (202) 505-5990

                                              **GUPTA WESSLER LLP**
                                              Jennifer Bennett

505 Montgomery Street, Suite 625
San Francisco, CA 94111
jennifer@guptawessler.com
(202) 888-1741

Thomas Scott-Railton
2001 K Street NW, Suite 850 North
Washington, DC 20001
thomas@guptawessler.com
(202) 888-1741

**HAWKS QUINDEL, S.C.**

William E. Parsons
409 East Main Street
P.O. Box 2155
Madison, Wisconsin 53701-2155
wparsons@hq-law.com
(608) 257-0040