# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

April 21, 2026

*By the Court:*

| | |
|---|---|
| No. 25-3347 | XU LUN, a pseudonym,<br>　　　　　Plaintiff - Appellant<br><br>v.<br><br>MILWAUKEE ELECTRIC TOOL CORPORATION and<br>TECHTRONIC INDUSTRIES COMPANY LIMITED,<br>　　　　　Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 2:24-cv-00803-BHL<br>Eastern District of Wisconsin<br>District Judge Brett H. Ludwig | |

Upon consideration of the **STIPULATED DISMISSAL OF APPEAL AS TO APPELLEE TECHTRONIC INDUSTRIES CO., LTD.**, filed on April 20, 2026, by counsel for appellant and counsel for appellee Techtronic Industries Co., Ltd.,

**IT IS ORDERED** that this appeal is **DISMISSED**, in accordance with Federal Rule of Appellate Procedure 42(b), only as to appellee Techtronic Industries Co., Ltd. This appeal remains active as to Milwaukee Electric Tool Corporation.

CERTIFIED COPY

A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: **c7_Order_BTC**　　(form ID: **178**)

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE ONLY AS TO APPELLEE, TECHTRONIC INDUSTRIES CO., LTD.

April 29, 2026

| | |
|---|---|
| No. 25-3347 | XU LUN, a pseudonym,<br>　　　　　Plaintiff - Appellant<br><br>v.<br><br>MILWAUKEE ELECTRIC TOOL CORPORATION,<br>　　　　　Defendant - Appellee |
| **Originating Case Information:** | |
| District Court No: 2:24-cv-00803-BHL<br>Eastern District of Wisconsin<br>District Judge Brett H. Ludwig | |

Herewith is the mandate of this court in this case, issued **ONLY** as to appellee, Techtronic Industries Co., Ltd..

A certified copy of the order/opinion of the court, dismissing this party(s) in this case, shall constitute the mandate in this regard.

　　　　RECORD TO BE RETAINED FOR USE IN REMAINDER OF THIS APPEAL

Copies of this notice sent to: Counsel of record

form name: **c7_Mandate_Person**　　(form ID: **217**)